DISCIPLINARY COUNSEL *v*. LAWRENCE.

[Cite as *Disciplinary Counsel v. Lawrence*, ___ Ohio St.3d ___,

2016-Ohio-7238.]

(No. 2015-1640—Submitted August 22, 2016—Decided October 7, 2016.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Meredith Lynn Lawrence, Attorney Registration No. 0029098, last known business address in Warsaw, Kentucky.

{¶ 2} The court coming now to consider its order of June 30, 2016, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent for a period of two years with credit for the time served under the interim suspension that began on November 29, 2012, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Lawrence*, __ Ohio St.3d __, 2016-Ohio-4605, __ N.E.3d __.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

————————————